UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

==Motion GRANTED.==

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 3:19-CV-0123 |
| v. | ) ) |
| OAKLEY PHARMACY, INC., d/b/a DALE HOLLOW PHARMACY; XPRESS PHARMACY OF CLAY COUNTY, LLC; THOMAS WEIR; MICHAEL GRIFFITH; JOHN POLSTON, and LARRY LARKIN, | ) ) ) ) ) **FILED *EX PARTE*** |
| | ) **AND UNDER SEAL** |
| Defendants. | ) |

**UNITED STATES' *EX PARTE* MOTION FOR A TEMPORARY
RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

Pharmacists frequently are the last line of defense before a controlled substance that was prescribed without any legitimate medical purpose is sold to a patient. The Defendant pharmacies, pharmacists, and the pharmacies' owner here failed to muster that defense. Between at least January 2015 through August 2018, Defendant-pharmacies Oakley Pharmacy, Inc., doing business as Dale Hollow ("Dale Hollow"), and Xpress Pharmacy of Clay County, LLC ("Xpress"), illegally filled thousands of prescriptions for powerful opioid painkillers and other controlled substances that had no legitimate medical purpose. The pharmacies' majority owner, Defendant Thomas Weir, was responsible for their operations. Defendants Michael Griffith, John Polston, and Larry Larkin were the pharmacists who illegally filled those prescriptions. By filling those thousands of illegitimate prescriptions, Defendants crossed the legal line between pharmacy practice and violating the Controlled Substances Act ("CSA"). The United States files this motion to stop Defendants from distributing or dispensing any more controlled substances.

Plaintiff United States of America, therefore, respectfully moves the Court *ex parte* to issue