Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:19-cv-0009 |
| ) | JUDGE TRAUGER |
| v. ) | |
| ) | |
| OAKLEY PHARMACY, INC., d/b/a ) | |
| DALE HOLLOW PHARMACY; XPRESS ) | |
| PHARMACY OF CLAY COUNTY, LLC; ) | **UNDER SEAL** |
| THOMAS WEIR; MICHAEL GRIFFITH; ) | |
| JOHN POLSTON, and LARRY LARKIN, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' *EX PARTE* MOTION
TO UNSEAL CERTAIN FILINGS IN THIS ACTION**

Plaintiff United States of America respectfully moves this Court to lift the current seal on filings after this date in this action going forward and to formally unseal the following pleadings and related filings in this action:

- the civil cover page

- the civil complaint and Ex. A to the civil complaint

- the United States' *ex parte* motion for a temporary restraining order and a preliminary injunction

- the United States' memorandum of law supporting its *ex parte* motion for a temporary restraining order and a preliminary injunction

- the [proposed] temporary restraining order

- the declaration of Samantha Rogers

- the declaration of Randy D'Antoni with attached Ex. A and B

- the declaration of Carl Gainor
- the temporary restraining orders, Doc. No. 9-10

- any order entered on this instant motion