UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:19-cv-0009 |
| ) | JUDGE TRAUGER |
| v. ) | |
| ) | |
| OAKLEY PHARMACY, INC., d/b/a ) | |
| DALE HOLLOW PHARMACY; XPRESS ) | |
| PHARMACY OF CLAY COUNTY, LLC; ) | **UNDER SEAL** |
| THOMAS WEIR; MICHAEL GRIFFITH; ) | |
| JOHN POLSTON, and LARRY LARKIN, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING UNITED STATES'**

***EX PARTE* MOTION TO UNSEAL CERTAIN FILINGS IN THIS ACTION**

The United States has moved to formally unseal the complaint and certain filings in this action and to lift the seal on filings after this date in this action going forward. Upon consideration of the motion, for good cause shown, and in light of the standard set forth in *Shane Group Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299 (6th Cir. 2016), the Court FINDS that there is good cause for the motion and also that compelling reasons exist to seal the associated motion to unseal.

Accordingly, the Court ORDERS that the following documents, which were filed on February 7, 2019, shall be unsealed:

1. the complaint;
2. the civil action cover sheet;
3. the *ex parte* motion for a temporary restraining order and preliminary injunction;
4. the memorandum of law supporting the *ex parte* motion for temporary restraining order and preliminary injunction;
5. the [proposed] temporary restraining order;
6. the declaration of Samantha Rogers;
7. the declaration of Randy D'Antoni, with exhibits;
8. the declaration of Carl Gainor;
9. the order granting the temporary restraining order, Doc. No. 9; and
10. the temporary restraining order, Doc. No. 10

The Court further ORDERS that the current seal shall be lifted on all other matters

occurring in this action after the date of this Order.

      **It is so ORDERED.**

      This \_8th\_ day of February, 2019.

_____
**ALETA A. TRAUGER**
United States District Judge