UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:19-cv-00009 |
| ) | Judge Trauger |
| OAKLEY PHARMACY, INC., ) | |
| D/B/A DALE HOLLOW ) | |
| PHARMACY; XPRESS PHARMACY ) | |
| OF CLAY COUNTY, LLC; ) | |
| THOMAS WEIR; MICHAEL ) | |
| GRIFFITH; JOHN POLSTON; ) | |
| LARRY LARKIN ) | |

**MOTION OF DEFENDANTS THOMAS WEIR, OAKLEY PHARMACY, INC., AND XPRESS PHARMACY TO CONTINUE PRELIMINARY INJUNCTION HEARING**

**COME NOW** the Defendants, **Thomas Weir, Oakley Pharmacy, Inc., and Xpress Pharmacy of Clay County, LLC**, by and through their undersigned counsel, and respectfully request that this Honorable Court enter an Order continuing the Preliminary Injunction Hearing in the above-captioned case from Thursday, February 21, 2019 at 3:00 p.m., to a later date convenient to the Court and counsel. In support hereof, Defendants state as follows:

1. A Preliminary Injunction Hearing has been scheduled in this case for Thursday, February 21, 2019 at 3:00 p.m. (Docket Entry 10, Page ID# 131).

2. Counsel for Defendants Thomas Weir, Oakley Pharmacy, Inc., and Xpress Pharmacy of Clay County, LLC, entered their respective Notices of Appearance in this case on Tuesday, February 19, 2019. Counsel need additional time to conduct a preliminary investigation of this matter to be adequately prepared for the injunction hearing.

3. The Defendants hereby acknowledge that the Temporary Restraining Order (Docket Entry 10) will remain in full force and effect pending a hearing on the preliminary injunction.

**WHEREFORE**, based on the foregoing, Defendants respectfully request that this Honorable Court enter an Order continuing the Preliminary Injunction Hearing in the above-captioned case from Thursday, February 21, 2019 at 3:00 p.m., to a later date convenient to the Court and counsel.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
UBS Tower, Suite 1700
315 Deaderick Street
Nashville, Tennessee 37238
(615) 244-2770

BY: s:/ Peter J. Strianse
    PETER J. STRIANSE


JAMES D. WHITE, JR.
P.O. Box 333
Celina, TN 38551
(931) 243-3535
jdwhite@info-ed.com

BY: s:/James D. White, Jr.
    JAMES D. WHITE, JR.

    Attorneys for Defendants
    Thomas Weir, Oakley Pharmacy, Inc.,
    & Xpress Pharmacy

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

       Ellen Bowden McIntrye
       Assistant United States Attorney
       110 Ninth Avenue South
       Suite A-961
       Nashville, TN 37203

       Donald R. Lorenzen
       Ross Goldstein
       U.S. Department of Justice
       Civil Division
       P.O. Box 386
       Washington, D.C. 20044

       This 19th day of February, 2019.

       S:/ Peter J. Strianse
       PETER J. STRIANSE

3

Case 2:19-cv-00009   Document 29   Filed 02/19/19   Page 3 of 3 PageID #: 189