IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 2:18-cv-00009 |
| | ) | Judge Trauger |
| OAKLEY PHARMACY, INC., ET AL., | ) | |
| Defendants. | ) | |

**O R D E R**

The plaintiff United States' Consent Motion for Entry of a Preliminary Injunction Against Defendant Larry Larkin (Docket No. 32) is GRANTED. It is hereby ORDERED that the Temporary Restraining Order entered on February 7, 2019 (Docket No. 10) is hereby converted to a preliminary injunction, the terms of which are hereby EXTENDED until further order of the court. Defendant Larkin is hereby EXCUSED from attending the hearing on the plaintiff's request for a preliminary injunction, which the court is in the process of rescheduling from February 21, 2019 to a later date.

It is so **ORDERED.**

ENTER this 20th day of February 2019.

_____
ALETA A. TRAUGER
U.S. District Judge