IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 2:19-cv-00009 |
| OAKLEY PHARMACY, INC., ET AL., | ) ) ) | Judge Trauger |
| Defendants. | ) | |

## O R D E R

The Motion of Defendants Thomas Weir, Oakley Pharmacy, Inc., and Xpress Pharmacy to Continue Preliminary Injunction Hearing (Docket No. 29) is GRANTED. Counsel for the parties have conferred about a convenient date for the rescheduling of the preliminary injunction hearing. It is hereby ORDERED that the hearing on the plaintiff's request for a preliminary injunction is hereby RESET for Wednesday, March 27, 2019 at 9:30 a.m. It is further ORDERED that, by agreement, the terms of the Temporary Restraining Order entered on February 7, 2019 (Docket No. 10) are hereby EXTENDED until the court rules on the request for a preliminary injunction.

By March 18, 2019, the parties shall file a notice that informs the court and all parties of the names of live witnesses anticipated to be called to testify at the preliminary injunction hearing. Parties may also file affidavits by that same date, in support of their positions. Any briefs in support of positions as to the issuance of a preliminary injunction shall be filed by March 20, 2019.

It is so **ORDERED.**

ENTER this 21st day of February 2019.

_____
ALETA A. TRAUGER
U.S. District Judge