# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

RECEIVED
MAR 0 4 2019
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-0009 |
| | ) **JURY DEMANDED** |
| OAKLEY PHARMACY, INC., d/b/a, | ) |
| DALE HOLLOW PHARMACY; EXPRESS | ) |
| PHARMACY OF CLAY COUNTY, LLC; | ) |
| THOMAS WEIR; MICHAEL GRIFFITH; | ) |
| JOHN POLSTON; and LARRY LARKIN, | ) |
| Defendant/Counter-Plaintiff. | ) |

## ANSWER

Defendant, Larry Larkin (hereinafter "Defendant"), pro se, in Answer to the Complaint, states the following:

Defendant answers as follows the numbered averments of the Complaint:

1. Defendant admits he is being sued, but denies he is liable to Plaintiff.

2. The allegations of ¶ 2 of the Complaint are denied for lack of knowledge or information.

3. The allegations of ¶ 3 of the Complaint are denied.

4. The allegations of ¶ 4 of the Complaint are denied.

5. The allegations of ¶ 5 of the Complaint are denied.

6. The jurisdictional allegations of ¶ 6 on the Complaint are admitted; however, it is denied that Defendant is liable to Plaintiff.

7. The venue allegations of ¶ 7 of the Complaint are admitted; however, it is denied that Defendant is liable to Plaintiff.

8. The allegations of ¶ 8 of the Complaint are admitted.

1

9. The venue allegations of ¶ 4 of the Complaint are admitted; however, it is denied that Defendant is liable to Plaintiff.

10. The allegations of ¶ 10 of the Complaint are admitted.

11. The allegations of ¶ 11 of the Complaint are admitted.

12. The allegations of ¶ 12 of the Complaint are admitted.

13. The allegations of ¶ 13 of the Complaint are admitted.

14. The allegations of ¶ 14 of the Complaint of the Complaint are denied in that he is retired. Defendant admits to living in Knoxville, Tennessee.

15. The allegations of ¶ 15 of the Complaint are denied for lack of knowledge or information.

16. The allegations of ¶ 16 of the Complaint are denied for lack of knowledge or information.

17. The allegations of ¶ 17 of the Complaint are denied for lack of knowledge or information.

18. The allegations of ¶ 18 of the Complaint are denied for lack of knowledge or information.

19. The allegations of ¶ 19 of the Complaint are denied for lack of knowledge or information.

20. The allegations of ¶ 20 of the Complaint are denied for lack of knowledge or information.

21. Defendant admits the correct statement of the law, but denies the remainder of this paragraph 21.

22. The allegations of ¶ 22 of the Complaint are denied for lack of knowledge or information.

23. The allegations of ¶ 23 of the Complaint are denied for lack of knowledge or information.

24. The allegations of ¶ 24 of the Complaint are denied for lack of knowledge or information.

25. The allegations of ¶ 25 of the Complaint are denied for lack of knowledge or information.

26. The allegations of ¶ 26 of the Complaint are denied.

27. The allegations of ¶ 27 of the Complaint are denied for lack of knowledge or information.

28. The allegations of ¶ 28 of the Complaint are admitted.

29. Defendant admits the correct statement of the law.

30. Defendant admits the correct statement of the law.

31. Defendant admits the correct statement of the law.

32. Defendant admits the correct statement of the law.

33. Defendant admits the correct statement of the law.

34. Defendant admits the correct statement of the law.

35. The allegations of ¶ 35 of the Complaint are admitted.

36. The allegations of ¶ 36 of the Complaint are admitted.

37. The allegations of ¶ 10 of the Complaint are admitted.

38. Defendant admits the correct statement of the law.

39. Defendant admits the correct statement of the law.

40. Defendant admits the correct statement of the law.

41. Defendant admits the correct statement of the law.

42. Defendant admits the correct statement of the law.

43. Defendant admits the correct statement of the law.

44. Defendant admits the correct statement of the law.

45. Defendant admits the correct statement of the law.

46. Defendant admits the correct statement of the law.

47. The allegations of ¶ 47 of the Complaint are denied because there is no factual allegation regarding Defendant.

48. Defendant admits the correct statement of the law.

49. Defendant admits the correct statement of the law.

50. Defendant admits the correct statement of the law.

51. Defendant admits the correct statement of the law.

52. Defendant admits the correct statement of the law.

53. Defendant admits the correct statement of the law.

54. Defendant admits the correct statement of the law.

55. Defendant admits the correct statement of the law.

56. The allegations of ¶ 56 of the Complaint are denied because there is no factual allegation regarding Defendant.

57. The allegations of ¶ 57 of the Complaint are denied because there is no factual allegation regarding Defendant.

58. The allegations of ¶ 58 of the Complaint are denied because there is no factual allegation regarding Defendant.

59. The allegations of ¶ 59 of the Complaint are denied because there is no factual allegation regarding Defendant.

60. The allegations of ¶ 60 of the Complaint are denied because there is no factual allegation regarding Defendant.

61. The allegations of ¶ 61 of the Complaint are denied because there is no factual allegation regarding Defendant.

62. The allegations of ¶ 62 of the Complaint are denied because there is no factual allegation regarding Defendant.

63. The allegations of ¶ 63 of the Complaint are denied because there is no factual allegation regarding Defendant.

64. The allegations of ¶ 64 of the Complaint are denied because there is no factual allegation regarding Defendant.

65. The allegations of ¶ 65 of the Complaint are denied because there is no factual allegation regarding Defendant.

66. Defendant admits the correct statement of the law.

67. The allegations of ¶ 67 of the Complaint are denied because there is no factual allegation regarding Defendant.

68. Defendant admits the correct statement of the law.

69. Defendant admits the correct statement of the law.

70. Defendant admits the correct statement of the law.

71. Defendant admits the correct statement of the law.

72. Defendant admits the correct statement of the law.

73. Defendant admits the correct statement of the law.

74. The allegations of ¶ 74 of the Complaint are denied because there is no factual allegation regarding Defendant.

75. Defendant admits the correct statement of the law.

76. Defendant admits the correct statement of the law.

77. Defendant admits the correct statement of the law.

78. Defendant admits the correct statement of the law.

79. The allegations of ¶ 79 of the Complaint are denied because there is no factual allegation regarding Defendant.

80. Defendant admits the correct statement of the law.

81. Defendant admits the correct statement of the law.

82. Defendant admits the correct statement of the law.

83. The allegations of ¶ 83 of the Complaint are denied because there is no factual allegation regarding Defendant.

84. The allegations of ¶ 84 of the Complaint are denied because there is no factual allegation regarding Defendant.

85. The allegations of ¶ 85 of the Complaint are denied because there is no factual allegation regarding Defendant.

86. The allegations of ¶ 86 of the Complaint are denied because there is no factual allegation regarding Defendant.

87. The allegations of ¶ 87 of the Complaint are denied for lack of knowledge or information.

88. The allegations of ¶ 35 of the Complaint are denied.

89. The allegations of ¶ 89 of the Complaint are denied for lack of knowledge or information.

90. The allegations of ¶ 90 of the Complaint are denied for lack of knowledge or information.

91. The allegations of ¶ 91 of the Complaint are denied for lack of knowledge or information.

92. The allegations of ¶ 92 of the Complaint are denied for lack of knowledge or information.

93. The allegations of ¶ 93 of the Complaint are denied for lack of knowledge or information.

94. The allegations of ¶ 94 of the Complaint are denied for lack of knowledge or information.

95. The allegations of ¶ 95 of the Complaint are denied for lack of knowledge or information.

96. The allegations of ¶ 96 of the Complaint are denied for lack of knowledge or information.

97. The allegations of ¶ 97 of the Complaint are denied for lack of knowledge or information.

98. The allegations of ¶ 98 of the Complaint are denied for lack of knowledge or information.

99. The allegations of ¶ 99 of the Complaint are denied for lack of knowledge or information.

100. The allegations of ¶ 100 of the Complaint are denied for lack of knowledge or information.

101. The allegations of ¶ 101 of the Complaint are denied for lack of knowledge or information.

102. The allegations of ¶ 102 of the Complaint are denied for lack of knowledge or information.

103. The allegations of ¶ 103 of the Complaint are denied for lack of knowledge or information.

104. The allegations of ¶ 104 of the Complaint are denied for lack of knowledge or information.

105. The allegations of ¶ 105 of the Complaint are denied for lack of knowledge or information.

106. The allegations of ¶ 106 of the Complaint are denied for lack of knowledge or information.

107. The allegations of ¶ 107 of the Complaint are denied for lack of knowledge or information.

108. The allegations of ¶ 108 of the Complaint are denied for lack of knowledge or information.

109. The allegations of ¶ 109 of the Complaint are denied for lack of knowledge or information.

110. The allegations of ¶ 110 of the Complaint are denied for lack of knowledge or information.

111. The allegations of ¶ 111 of the Complaint are denied for lack of knowledge or information.

112. The allegations of ¶ 112 of the Complaint are denied for lack of knowledge or information.

113. The allegations of ¶ 113 of the Complaint are denied.

114. The allegations of ¶ 114 of the Complaint are denied for lack of knowledge or information.

115. The allegations of ¶ 115 of the Complaint are denied for lack of knowledge or information.

116. The allegations of ¶ 116 of the Complaint are denied for lack of knowledge or information.

117. The allegations of ¶ 117 of the Complaint are denied for lack of knowledge or information.

118. The allegations of ¶ 118 of the Complaint are denied for lack of knowledge or information.

119. The allegations of ¶ 119 of the Complaint are denied for lack of knowledge or information.

120. The allegations of ¶ 120 of the Complaint are denied for lack of knowledge or information.

121. The allegations of ¶ 121 of the Complaint are denied for lack of knowledge or information.

122. The allegations of ¶ 122 of the Complaint are denied for lack of knowledge or information.

123. The allegations of ¶ 123 of the Complaint are denied for lack of knowledge or information.

124. The allegations of ¶ 124 of the Complaint are denied for lack of knowledge or information.

125. The allegations of ¶ 125 of the Complaint are denied for lack of knowledge or information.

126. The allegations of ¶ 126 of the Complaint are denied for lack of knowledge or information.

127. The allegations of ¶ 127 of the Complaint are denied for lack of knowledge or information.

128. The allegations of ¶ 128 of the Complaint are denied.

129. The allegations of ¶ 129 of the Complaint are denied.

130. The allegations of ¶ 130 of the Complaint are denied for lack of knowledge or information.

131. The allegations of ¶ 131 of the Complaint are denied.

132. The allegations of ¶ 132 of the Complaint are denied.

133. The allegations of ¶ 133 of the Complaint are denied for lack of knowledge or information.

134. The allegations of ¶ 134 of the Complaint are denied.

135. The allegations of ¶ 135 of the Complaint are denied for lack of knowledge or information.

136. The allegations of ¶ 136 of the Complaint are denied.

137. Defendant incorporates his responses in ¶¶ 1-137 hereinabove in response to the allegations of ¶ 138 of the Complaint.

138. The allegations of ¶ 138 of the Complaint are denied.

139. Defendant incorporates his responses in ¶¶ 1-138 hereinabove in response to the allegations of ¶ 139 of the Complaint.

140. The allegations of ¶ 140 of the Complaint are denied.

141. Defendant incorporates his responses in ¶¶ 1-140 hereinabove in response to the allegations of ¶ 141 of the Complaint.

142. The allegations of ¶ 142 of the Complaint are denied.

143. The allegations of ¶ 140 of the Complaint are denied.

144. Defendant denies any averment of the Complaint not specifically admitted or denied above and he demands a jury to try the issues herein.

**WHEREFORE**, having fully answered the Complaint filed against him, Defendant demands that the Complaint be dismissed and that he be awarded his costs incurred in defending against same.

Respectfully submitted, this the 1st day of March, 2019.

_____
LARRY LARKIN, pro se
Defendant
9713 Tallahassee Drive
Knoxville, Tennessee 37923
(865) 548-1870

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been forwarded by U.S. Mail, postage prepaid, to Ellen Bowden McIntyre, AUSA, United States Attorney's Office, 110 9th Avenue South, Suite A-961, Nashville, TN 37203-3870:

This, the 1st day of March, 2019.

_____
LARRY LARKIN, pro se



