UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:19-cv-00009 |
| v. ) | JUDGE TRAUGER |
| ) | |
| OAKLEY PHARMACY, INC., d/b/a ) | |
| DALE HOLLOW PHARMACY; ) | |
| CLAY COUNTY XPRESS PHARMACY, LLC; ) | |
| THOMAS WEIR; MICHAEL GRIFFITH; ) | |
| JOHN POLSTON, and LARRY LARKIN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The plaintiff United States' and Defendant Michael Griffith's Joint Consent Motion for Entry of a Preliminary Injunction Order against Griffith is GRANTED. It is hereby ORDERED that the Temporary Restraining Order entered on February 7, 2019 (Docket No. 10) and extended on February 21, 2019 (Docket No. 37) is hereby converted to a preliminary injunction, the terms of which are hereby EXTENDED until further order of the Court. Defendant Griffith and his counsel are hereby EXCUSED from attending the hearing on the plaintiff's request for a preliminary injunction, which is set for March 27, 2019.

It is so ORDERED.

ENTERED this 8th day of March, 2019.

_____
ALETA A. TRAUGER
United States District Judge