UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:19-cv-00009 ) JUDGE TRAUGER ) |
| OAKLEY PHARMACY, INC., d/b/a DALE HOLLOW PHARMACY, et al. | ) ) ) JURY DEMAND |
| Defendants. | ) ) |

## UNITED STATES' WITNESS LIST FOR PRELIMINARY INJUNCTION HEARING

The United States of America, pursuant to the Order of the Court of February 21, 2019, hereby submits its list of witnesses it may call at the hearing on its motion for a preliminary injunction, currently set for March 27, 2019:

1. Carl Gainor, Ph.D., J.D.

2. Randy D'Antoni

3. Samantha Rogers

4. John Polston

5. Thomas Weir

6. Any witnesses identified on any Defendant's witness list.

Respectfully submitted,

For the United States:

DONALD Q. COCHRAN
UNITED STATES ATTORNEY
Middle District of Tennessee

By: s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE (BPR #023133)
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
ellen.bowden2@usdoj.gov

JOSEPH H. HUNT
Assistant Attorney General,
Civil Division

By: s/ Ross Goldstein
ROSS GOLDSTEIN
JILL FURMAN
DONALD R. LORENZEN
U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 514-9401
ross.goldstein@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on the parties below via the U.S. District Court's ECF system, if registered. A service copy was also served via First Class U.S. Mail, postage prepaid, and/or via email, on March 18, 2019, to the following:

**Peter J. Strianse**
Tune, Entrekin & White, P.C.
315 Deaderick Street
Suite 1700
Nashville, TN 37238
(615) 244-2770
Email: pstrianse@tewlawfirm.com

2

**James Dale White, Jr**.
101 Green Street
P.O. Box 333
Celina, TN 38551
(931) 243-3535
Email: jdwhite@info-ed.com
*Attorneys for Oakley Pharmacy, Inc., Xpress Pharmacy of Clay County, LLC; Thomas Weir*


**Jennifer Weaver**
**L. Wells Trompeter**
Waller Lansden Dorth & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Email:   jenniferweaver@wallerlaw.com
Email:   wellstrompeter@wallerlaw.com
*Attorneys for Michael Griffith*

**Michael R. Giaimo**
Chaffin, Chaffin & Giaimo
204 N. Washington Avenue
Cookeville, TN 38501
(931) 372-7515
Email: mrgiaimo@yahoo.com
*Attorney for John Polston*


**Larry Larkin**
9713 Tallahassee Drive
Knoxville, TN 37923-1936
Email: oularkin@att.net


                         *s/ Ross S. Goldstein*
                         ROSS S. GOLDSTEIN
                         Trial Attorney, U.S. Department of Justice

3

Case 2:19-cv-00009   Document 54   Filed 03/18/19   Page 3 of 3 PageID #: 274