IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 2:19-cv-00009 |
| OAKLEY PHARMACY, INC., ET AL., | ) Judge Trauger ) ) |
| Defendants. | ) |

# O R D E R

It is hereby ORDERED that the Motion to Continue Preliminary Injunction Hearing (Docket No. 53) is GRANTED and the preliminary injunction hearing is hereby reset for Wednesday, June 12, 2019 at 1:30 p.m. By prior orders, *pro se* defendants Larry Larkin (Docket No. 34) and Michael Griffith (Docket No. 51) have been excused from attending the preliminary injunction hearing, as they have agreed to have the terms of the Temporary Restraining Order converted to a preliminary injunction. All other defendants are hereby ORDERED to respond to the plaintiff's request for a preliminary injunction by May 29, 2019.

It is so **ORDERED.**

ENTER this 25th day of March 2019.

_____
ALETA A. TRAUGER
U.S. District Judge