IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:19-cv-00009 |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| OAKLEY PHARMACY, INC., d/b/a | ) | |
| DALE HOLLOW PHARMACY; | ) | |
| CLAY COUNTY XPRESS PHARMACY, LLC; | ) | |
| THOMAS WEIR; MICHAEL GRIFFITH; | ) | |
| JOHN POLSTON, and LARRY LARKIN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Plaintiff United States' and Defendant John Polston's Joint Consent Motion for Entry of a Preliminary Injunction Order against Polston is GRANTED. It is hereby ORDERED that the Temporary Restraining Order entered on February 7, 2019 (Docket No. 10) and extended on February 21, 2019 (Docket No. 37) is hereby converted to a preliminary injunction, the terms of which are hereby EXTENDED until further order of the Court. Defendant Polston and his counsel are hereby EXCUSED from attending the hearing on the Plaintiff's request for a preliminary injunction, which is set for June 12, 2019.

It is so ORDERED.

ENTERED this  6th   day of June, 2019.

_____
ALETA A. TRAUGER
United States District Judge