IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:19-cv-00009 |
| v. ) | JUDGE TRAUGER |
| ) | |
| OAKLEY PHARMACY, INC., d/b/a ) | |
| DALE HOLLOW PHARMACY; ) | |
| CLAY COUNTY XPRESS PHARMACY, LLC; ) | |
| THOMAS WEIR; MICHAEL GRIFFITH; ) | |
| JOHN POLSTON, and LARRY LARKIN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Joint Consent Motion for Entry of a Preliminary Injunction Order filed by Plaintiff United States and Defendants Oakley Pharmacy, Inc., d/b/a Dale Hollow Pharmacy (Dale Hollow), Xpress Pharmacy of Clay County, LLC (Xpress), and Thomas Weir against these three Defendants is GRANTED. It is hereby ORDERED that the Temporary Restraining Order entered on February 7, 2019 (Docket No. 10) and extended on February 21, 2019 (Docket No. 37) is hereby converted to a preliminary injunction, the terms of which are hereby EXTENDED until further order of the Court. Since a preliminary injunction is now in place against all Defendants in this action, the hearing on the Plaintiff's request for a preliminary injunction, which was set for June 12, 2019, is now CANCELLED as moot.

It is so ORDERED.

ENTERED this 10th day of June, 2019.

_____
ALETA A. TRAUGER
United States District Judge