**Motion GRANTED.**
*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:19-cv-00009 |
| | ) JUDGE TRAUGER |
| OAKLEY PHARMACY, INC., d/b/a | ) JURY DEMAND |
| DALE HOLLOW PHARMACY; *et al.*, | ) |
| Defendants. | ) |

### JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT MICHAEL GRIFFITH

Plaintiff United States and Defendant Michael Griffith jointly move the Court to enter the attached proposed consent judgment order and permanent injunction against him. The proposed order is attached.

Respectfully submitted,

For the United States:

BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division

MARK H. WILDASIN
United States Attorney
Middle District of Tennessee

By: s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE, B.P.R. #023133
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203-3870
Telephone: (615) 736-5151
Facsimile: (615) 401-6626
Email: ellen.bowden2@usdoj.gov

ROSS GOLDSTEIN
DONALD R. LORENZEN
U.S. Department of Justice